MIDDLETOWN ASSOCIATES *v.* MIRAGE 2000, INC.
(6150)

BORDEN, DALY and NORCOTT, Js.

Argued May 9—decision released May 18, 1988

*Samuel B. Feldman,* for the appellant (defendant).

*Patricia Kilkenny,* with whom, on the brief, was *Edward Doernberger,* for the appellee (plaintiff).

PER CURIAM. There is no error.

LINUS SANSTROM, JR., ET AL. *v.*
HUGH STRICKLAND ET AL.
(6423)

DUPONT, C. J., DALY and NORCOTT, Js.

Argued May 11—decision released May 19, 1988

*Jule A. Crawford,* with whom was *Michael F. Dowley,* for the appellants (plaintiffs).

*Charles M. Rice, Jr.,* with whom was *Wesley W. Horton,* for the appellees (defendants).

PER CURIAM. There is no error.